HART, Respondent, *v.* SELOVER, Appellant.

*(Supreme Court, General Term, Fifth Department.　January 22, 1892.)*

Action by Mary G. Hart against Edward C. Selover, as executor.

No opinion.　Order appealed from affirmed, with $10 costs and disbursements, to be paid by the appellant personally.

---

*In re* MONROE'S ESTATE.

*(Supreme Court, General Term, Fifth Department.　January 22, 1892.)*

No opinion.　Decree of the surrogate of Chautauqua county appealed from affirmed, with costs payable by the appellant personally.

---

MULLIGAN, Respondent, *v.* NEW YORK CENT. & H. R. R. Co., Appellant.

*(Supreme Court, General Term, Fifth Department.　January 22, 1892.)*

No opinion.　Judgment and order appealed from affirmed.　For former reports, see 9 N. Y. Supp. 952, *mem.;* 11 N. Y. Supp. 452.

---

NELLIS, Respondent, *v.* BROOKLYN LIFE INS. CO. OF NEW YORK, Appellant.

*(Supreme Court, General Term, Fifth Department.　January 22, 1892.)*

Action by Caroline Nellis against the Brooklyn Life Insurance Company of New York.

No opinion.　Judgment appealed from affirmed.

---

RICE *et al.,* Respondents, *v.* CALKINS *et al.,* Appellants.

*(Supreme Court, General Term, Fifth Department.　January 22, 1892.)*

No opinion.　Motion to dismiss denied, with $10 costs.　For former report, see 17 N. Y. Supp. 605, *mem.*

---

*In re* ROCHESTER ELECTRIC RY. CO., Respondent.

*In re* WILKIN *et al.,* Appellants.

*(Supreme Court, General Term, Fifth Department.　January 22, 1892.)*

Application of the Rochester Electric Railway Company to acquire the lands of Jennie S. Wilkin and others.

No opinion.　Order appealed from affirmed, with costs.　For former reports, see 10 N. Y. Supp. 379; 14 N. Y. Supp. 949, *mem.*

---

ROGERS, Appellant, *v.* LE VAN *et al.,* Respondents.

*(Supreme Court, General Term, Fifth Department.　January 22, 1892.)*

Action by Andrew Rogers against Edwin Le Van and others.

No opinion.　Judgment of county court of Niagara county appealed from affirmed, with costs.

---

BENNETT *et al.,* Respondents, *v.* KNAPP *et al.,* Appellants.

*(Supreme Court, General Term, Fifth Department.　April 13, 1892.)*

Action by George W. Bennett and another against Austin R. Knapp and others.

No opinion.　Order appealed from affirmed, with $10 costs and disbursements.　For former reports, see 9 N. Y. Supp. 766; 16 N. Y. Supp. 382.